IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SANJEEV KUMAR,**      **PETITIONER**
**A#201756362**

**v.**      **CAUSE NO. 5:20-CV-112-TBM-MTP**

**SHAWN R. GILLIS,** *Warden*
*of Adams County Correctional*
*Center*      **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING RESPONDENT'S MOTION TO DISMISS

This matter is before the Court on submission of the Report and Recommendation [11] entered by United States Magistrate Judge Michael T. Parker on April 19, 2021. Judge Parker recommends that the Motion to Dismiss [10] filed by the Respondent should be granted because the Petitioner was removed to his home country of India on June 22, 2020. The Petitioner has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error." *Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) (citing *Douglas v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1)). Having considered Judge Parker's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS ORDERED AND ADJUDGED that the Report and Recommendation [11] entered by United States Magistrate Judge Michael T. Parker on April 19, 2021 is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that the Motion to Dismiss [10] filed by the Respondent is GRANTED. The Petition for Writ of Habeas Corpus [1] is DISMISSED as MOOT.

THIS, THE 18th DAY OF MAY, 2021.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE